UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OCEAN BEAUTY SEAFOODS LLC, | CASE NO. C19-6173 BHS |
| Plaintiff, | ORDER |
| v. | |
| CAPTAIN ALASKA, et al., | |
| Defendants. | |

THIS MATTER is before the Court on pro se Defendant Mike Hogan's Motion for Extension of Time to File an Answer, Dkt. 49, and on its own motion.

Hogan's motion seeks an extension of time to answer and asks the Court to "suspend" the case to permit him time to provide evidence to defend himself. *Id*. at 1. Hogan's Motion for Extension of Time to File an Answer is **GRANTED**. Hogan's request for a stay is **DENIED**.

Additionally, Royce Hatley purported to file an Answer on behalf of Defendant Majestic Acres, LLC, Dkt. 52. Hatley asserts he is proceeding pro se and that he is the managing member of Majestic Acres, LLC. *Id*. at 1. Hatley is not a party and is apparently not an attorney admitted to practice in this District.

ORDER - 1

A corporation may appear in federal court only through licensed counsel. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993); *see also* 28 U.S.C. § 1654; W.D. Wash. LCR 83.2(b)(4). An LLC cannot be represented by a member appearing pro se, and the Answer Hatley filed for Majestic Acres has no legal effect. Defendant Majestic Acres, LLC shall retain counsel and file an Answer within 45 days of this Order.

**IT IS SO ORDERED.**

Dated this 9th day of September, 2021.

BENJAMIN H. SETTLE
United States District Judge