1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OCEAN BEAUTY SEAFOODS LLC,

          Plaintiff,

  v.

CAPTAIN ALASKA, et al.,

          Defendants.

CASE NO. C19-6173 BHS

ORDER

13    THIS MATTER is before the Court on the remaining parties' Joint Motion for

14 Case Schedule Modification, Dkt. 128. They seek to extend the November 21 discovery

15 cutoff in the case. The parties did not provide a proposed Order.

16    The Motion is GRANTED and the new discovery cutoff is January 20, 2023. The

17 dispositive motions deadline is February 3, 2023. The remaining deadlines are

18 unchanged.

19    IT IS SO ORDERED.

20 //

21 //

22 //

ORDER - 1

Dated this 29th day of November, 2022.

*[signature]*

BENJAMIN H. SETTLE  
United States District Judge